**File GJINAJ; Gjergj Gjinaj,**
**Petitioners,**

v.

**IMMIGRATION AND**
**NATURALIZATION SERVICE,**
**Respondent.**

No. 02–4342.

United States Court of Appeals,
Sixth Circuit.

June 16, 2004.

Marisa Petrella, Southfield, MI, for Petitioners.

* The Honorable Robert H. Cleland, United States District Judge for the Eastern District of Michigan, sitting by designation.

Mary Jane Candaux, Jacqueline R. Dryden, Margaret J. Perry, U.S. Department of Justice, Immigration Litigation, Washington, DC, for Respondent.

Before MERRITT and DAUGHTREY, Circuit Judges, and HAYNES * District Judge.

## ORDER

On appeal from a judgment of the INS affirming the decision of the Immigration Judge,

This cause came on to be heard on the record compiled before the Agency, the record of the administrative proceedings and briefs and oral argument of the parties. Upon due consideration thereof the court concludes that the findings and decision of the Immigration Judge are supported by substantial evidence on the record as a whole.

It is therefore ORDERED that the judgment of the Immigration Judge in this case be and it hereby is AFFIRMED.

* The Honorable William J. Haynes, United States District Judge for the Middle District of Tennessee, sitting by designation.